UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOA DUC NGUYEN,<br><br>                               Movant,<br>          -v-<br><br>UNITED STATES OF AMERICA,<br><br>                               Respondent. | 23 Civ. 3711 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion under 28 U.S.C. § 2255 by the defendant to vacate his conviction. The Court directs the Government to file its response to the motion to vacate by **May 17, 2023**.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 3, 2023
       New York, New York