UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOA DUC NGUYEN,

Movant,

-v-

UNITED STATES OF AMERICA,

Respondent.

23 Civ. 3711 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 2, 2023, the Court received petitioner's motion under 28 U.S.C. § 2255 to vacate his conviction. Dkt. 1. That motion was also filed on the docket of petitioner's criminal case, where, on October 17, 2023, the Court entered an amended judgment that terminated the motion. *See* No. 7 Cr. 1121, Dkt. 41.

The Court's October 17, 2023 entry of the amended judgment and termination of the motion to vacate resolved the sole motion docketed in this action. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 29, 2026
New York, New York